IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK A. WILLBANKS                                                                   PLAINTIFF

v.                  NO. 3:19-cv-00117 KGB/PSH

NANCY A. BERRYHILL, Acting Commissioner                     DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Mark A. Willbanks has filed an application to proceed in the district court without prepaying fees or costs, a submission the Clerk of the Court has construed as a motion for leave to proceed in forma pauperis. See Document 1. The Court has reviewed the motion and finds that it should be, and is, granted. Plaintiff may proceed without the prepayment of fees or costs or the giving of security. The Clerk of the Court shall issue summons to plaintiff, and plaintiff shall serve the appropriate parties.

DATED this 22nd day of April, 2019.

                                                         UNITED STATES MAGISTRATE JUDGE