IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARK WILLBANKS**  **PLAINTIFF**

v.     **3:19-CV-00117-LPR-PSH**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**  **DEFENDANT**

## ORDER

The Court has received proposed findings and recommendations (Doc. No. 13) from United States Magistrate Judge Patricia S. Harris. No objections have been filed and the time for doing so has passed.

After review of the findings and recommendations, as well as a *de novo* review of the record, the Court approves and adopts the findings and recommendations in all respects.

Accordingly, the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

IT IS SO ORDERED this 23rd day of September, 2020.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE