IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARK WILLBANKS**                                                                             **PLAINTIFF**

**v.**                                **3:19-CV-00117-LPR-PSH**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, the Commissioner's decision is AFFIRMED.

Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 23rd day of September, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE